IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-608-D

| | |
|---|---|
| LEESA ARLETTE JENSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HORNE BROTHERS CONSTRICTION INC., )<br>CHARLES E. HORNE, CARLOS J. HORNE, )<br>and THOMAS KOSTO, )<br>)<br>Defendants. ) | **ORDER** |

On November 17, 2020, plaintiff filed a complaint in this court [D.E. 1]. On November 19, 2020, the court issued the summonses prepared by plaintiff [D.E. 4]. On December 1, 2020, the court issued the summonses prepared by plaintiff for Horne Brothers Construction Inc. [D.E. 5]. On March 2, 2021, the court sent plaintiff a notice of failure to effect service of process, directed plaintiff to respond to the notice with fourteen days, and warned plaintiff the failure to respond would result in dismissal of her case. See [D.E. 9]; Fed. R. Crim. P. 4. Plaintiff has not responded.

Plaintiff has failed to serve the summons and complaint within 90 days of the filing of the complaint and has failed to effect service of process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 22 day of April 2021.

JAMES C. DEVER III
United States District Judge

2