UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEESA ARLETTE JENSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HORNE BROTHERS CONSTRUCTION INC., )<br>CHARLES E. HORNE, CARLOS J. HORNE, )<br>and THOMAS KOSTO, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-608-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff has failed to serve the summons and complaint within 90 days of the filing of the complaint and has failed to effect service of process. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice.

This Judgment Filed and Entered on April 22, 2021, and Copies To:

Leesa Arlette Jensen                                             (via CM/ECF electronic notification)

DATE:                                                            PETER A. MOORE, JR., CLERK
April 22, 2021                                                   (By) /s/ Nicole Sellers
                                                                      Deputy Clerk